# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1444
_____

Quality Resources, Inc.

*Plaintiff - Appellant*

v.

Pfizer, Inc.

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: November 27, 2016
Filed: November 30, 2015
[Unpublished]
_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

Quality Resources, Inc., appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of its diversity action claiming breach of contract and

---

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

tortious interference with contracts and business expectancies. Upon careful de novo review of the record and consideration of the parties' briefs, we conclude, for the reasons explained by the district court, that the complaint failed to state a claim. <u>See</u> <u>Rochling v. Dep't of Veterans Affairs</u>, 725 F.3d 927, 930 (8th Cir. 2013) (de novo review). Accordingly, the judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____